**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | Docket Number:  2:02CR00564-01 |
| ) | |
| Joyce Denise MCFADDEN  ) | |
| ) | |

**LEGAL HISTORY:**

On June 4, 2003, the above-named was sentenced to 24 months in the custody of the Bureau of Prisons to be followed by a term of Supervised Release for a period of 3 years, which commenced on August 31, 2004. Special conditions included a requirement for Search; Drug/alcohol treatment program and testing; Mental health treatment program; and Co-payment for treatment program/testing services.

**SUMMARY OF COMPLIANCE:**

Joyce Denise McFadden has complied with all conditions and special conditions of supervised release for the past two years, and has not been involved in any further criminal activities. Near the beginning of her supervision term, she tested positive for illicit drug use. She entered and successfully completed a residential drug treatment program and there has been no violation conduct noted since that time. She is currently on the Dean's List at Delta College. It is the opinion of the probation officer that she has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

**Re:    Joyce Denise McFADDEN
        Docket Number:   2:02CR00564-01
        RECOMMENDATION TERMINATING
        <u>SUPERVISED RELEASE PRIOR TO EXPIRATION DATE</u>**

Respectfully submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER
Supervising United States Probation Officer**

Dated:      April 24, 2007
            Elk Grove, California
            DAS/cj


cc:    AUSA James P. Arguelles (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:02CR00564-01** |
| ) | |
| **Joyce Denise MCFADDEN** ) | |
| ) | |

On August 31, 2004, the above-named was placed on supervised release for a period of 3 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER
Supervising United States Probation Officer**

Dated:     April 24, 2007
          Elk Grove, California
          DAS/cj

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re:   Joyce Denise MCFADDEN
      Docket Number:   2:02CR00564-01
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Date:  May 10, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office

4

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG